Katherine F. Parks, Esq. - State Bar No. 6227
Thierry V. Barkley, Esq. – State Bar No. 724
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
tvb@thorndal.com
Attorneys for Defendant
EBARA INTERNATIONAL CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY M. SHIPLEY, an individual; BRYANNA SNODDY, an individual, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>vs. <br><br>EBARA INTERNATIONAL CORPORATION, a foreign corporation; SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC., a foreign corporation; and DOES 1 through 10, <br><br>　　　　　　　　　　　Defendants. | CASE NO.  3:16-cv-00167-HDM-WGC <br><br> **SUBSTITUTION OF COUNSEL** |

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER hereby agrees to become substituted as attorneys of record for Defendant, EBARA INTERNATIONAL

* * *

* * *

* * *

* * *

* * *

* * *

- 1 -

CORPORATION, in the place and stead of the law firm of SNELL & WILMER, in the above-entitled matter.

DATED this 16th day of June, 2016.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Katherine F. Parks
Katherine F. Parks, Esq.
State Bar No. 6227
Thierry V. Barkley, Esq.
State Bar No. 724
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com

SNELL & WILMER, attorneys of record for Defendant, EBARA INTERNATIONAL CORPORATION, do hereby consent to the substitution of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, in the above entitled matter.

DATED this 13 day of June, 2016.

SNELL & WILMER

By: /s/ Carrie L. Parker
Carrie Parker, Esq.
State Bar No. 10952
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
cparker@swlaw.com

Defendant, EBARA INTERNATIONAL CORPORATION, hereby consents to the substitution of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, as their attorney of record in the place and stead of SNELL & WILMER, in the above-entitled matter.

DATED this 6 day of June, 2016.

By: /s/ John S. Holt
John S. Holt
V.P. Human Resources + Admin
Ebara International Corp.

1  IT IS SO ORDERED.

2  This 17th day of _____ June _____, 2016.

3

5  _____
   William G. Cobb
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *In Re:* Shipley, et al. v. Ebara International Corporation, et al.,
28  Case No. 3:16-cv-00167-HDM-WGC

- 3 -