Todd R. Alexander, Esq. NSB #10846
Caryn S. Tijsseling, Esq. NSB #6521
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
(775) 786-6868

*Attorneys for Plaintiffs, Sherry Shipley and Bryanna Snoddy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY M. SHIPLEY, an individual; BRYANNA SNODDY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EBARA INTERNATIONAL CORPORATION, a foreign corporation; SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC., a foreign corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:16-cv-00167-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION TO AMEND CASE CAPTION TO NAME CORRECT PARTY DEFENDANT, SUN LIFE ASSURANCE COMPANY OF CANADA** |

It is hereby stipulated by Plaintiffs and Sun Life Assurance Company of Canada ("Sun Life"), both parties acting through their respective undersigned counsel, that the caption on filed pleadings in this case shall henceforth be amended to reflect that the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

properly named entity, in place and instead of SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC., is SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation.[1]

Dated: July 14, 2016.

Lemons, Grundy & Eisenberg

By:   /s/ Todd R. Alexander, Esq.
Todd R. Alexander, Esq.
Caryn S. Tijsseling, Esq.
*Attorneys for Plaintiffs*

Dated: July 14, 2016.

Pierce Atwood, LLP

By:   /s/ Ronald M. LaRocca, Esq.
Ronald M. LaRocca, Esq.

Laxalt & Nomura, Ltd.

By:   /s/ Wayne A. Shaffer, Esq.
Wayne A. Shaffer, Esq.

*Attorneys for Sun Life Assurance Company of Canada*

IT IS SO ORDERED.

Dated this 14th day of July, 2016.

UNITED STATES DISTRICT JUDGE

---

[1] Sun Life has already appeared in the answer to the Complaint.